# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-047-KDB-DCK

| | |
|---|---|
| MICHAEL COLE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ANDREW WEATHERMAN and DAVID NEEL BRAWLEY, in their individual and official capacities, and LAKE NORMAN VOLUNTEER FIRE AND RESCUE DEPARTMENT, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the parties' "Proposed Pretrial Order And Case Management Plan" (Document No. 17). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate.

The parties' "Proposed Pretrial Order And Case Management Plan" (Document No. 17) was filed on July 10, 2019, and appears on the docket of the case as a "Certification Of Initial Attorney Conference And Discovery Plan." This filing, however, does not fulfill all the requirements of Local Rule 16.1 or the Court's form "Certification And Report Of Fed. R. Civ. P. 26(f) Conference And Discovery Plan." See www.ncwd.uscourts.gov/local-forms/civil-forms.

Based on the foregoing, the undersigned will direct counsel for the parties to file the Court's form "Certification And Report Of Fed. R. Civ. P. 26(f) Conference And Discovery Plan," and using that as a guideline, the Court will then issue its "Pretrial Order And Case Management Plan." Id.

**IT IS, THEREFORE, ORDERED** that the parties shall file a "Certification And Report Of Fed. R. Civ. P. 26(f) Conference And Discovery Plan" on or before **July 31, 2019**.

**SO ORDERED**.

Signed: July 23, 2019

David C. Keesler
United States Magistrate Judge