# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:19-CV-047-KDB-DCK

| | |
|---|---|
| **MICHAEL COLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ANDREW WEATHERMAN and** ) | |
| **DAVID NEAL BRAWLEY, in their** ) | |
| **individual and official capacities, and** ) | |
| **LAKE NORMAN VOLUNTEER FIRE** ) | |
| **AND RESCUE DEPARTMENT** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed a "Report Of Mediator" (Document No. 28) notifying the Court that the parties reached a settlement on May 26, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **June 26, 2020**.

**SO ORDERED**.

Signed: June 2, 2020

David C. Keesler
United States Magistrate Judge